## United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  PAMELA C. SKOFF                                     Case Number: 07-71255
        803 WINDSOR DRIVE                SSN-xxx-xx-2897
        CRYSTAL LAKE, IL  60014

                                                    Case filed on:       5/23/2007
                                                Plan Confirmed on:

                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NOONAN & LIEBERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PAMELA C. SKOFF | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ANCHOR MORTGAGE | 40,000.00 | 40,000.00 | 0.00 | 0.00 |
|  | Total Secured | 40,000.00 | 40,000.00 | 0.00 | 0.00 |
| 002 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | PREMIER BANKCARD/CHARTER | 218.29 | 218.29 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 970.56 | 970.56 | 0.00 | 0.00 |
| 005 | MCHENRY CO. TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MERRICK BANK | 705.43 | 705.43 | 0.00 | 0.00 |
| 008 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,098.55 | 1,098.55 | 0.00 | 0.00 |
|  | Total Unsecured | 2,992.83 | 2,992.83 | 0.00 | 0.00 |
|  | Grand Total: | 42,992.83 | 42,992.83 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00          discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

        Report Dated:

                                                   /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan